# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| GS Cleantech Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Blue Flint Ethanol, LLC, | ) | |
| | ) | Case No. 1:10-cv-037 |
| Defendant. | ) | |

_____

On May 5, 2010, Plaintiff filed with this court a notice of its motion to transfer this action to the Judicial Panel on Multi-District Litigation ("MDL Panel") pursuant to 28 U.S.C. § 1407. Accordingly, the court **ORDERS** that this action be staying pending transfer to the MDL Panel, or, alternatively, upon request of the parties.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2010.

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge